UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARTURO SOLORZANO MUNOZ,<br><br>Defendant. | Case No. 22-cv-07696-JD<br><br>**ORDER RE ATTORNEY'S FEES** |

In the default judgment order, the Court concluded that plaintiff Board of Trustees was entitled to recover its reasonable attorney's fees and costs pursuant to 29 U.S.C. § 1132(g)(1) but had not justified an hourly billing rate of $350. *See* Dkt. No. 22 at 5 (discussing *Welch v. Metropolitan Life Insurance Company*, 480 F.3d 942 (9th Cir. 2007)). The Board's supplemental statement, Dkt. No. 23, cited fee awards by other courts in this District of $350 per hour for plaintiff's counsel, Ronald Richman, in similar cases. *See id.* (citing, *e.g.*, *Bd. of Trustees of Laborers Health & Welfare Tr. Fund for N. California v. Norcal Excavating, Inc.*, No. 23-cv-01994-TSH, 2023 WL 8482751, at *9 (N.D. Cal. Nov. 6, 2023), *report and recommendation adopted*, No. 23-cv-01994-JST, 2023 WL 8482865 (N.D. Cal. Dec. 7, 2023)). The Court is not entirely persuaded that this enough to justify the requested hourly rate, but will accept it for present purposes in light of the circumstances of this case. Judgment will be entered separately in favor of the Board in the amount of $5,643.45.

**IT IS SO ORDERED.**

Dated: April 9, 2024

JAMES DONATO
United States District Judge